UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUNIR O. OMER,<br><br>       Plaintiff,<br><br>v<br><br>MICHAEL RICHARD POMPEO,<br>Secretary, United States Department of<br>State; JERRY P. LANIER, Acting United<br>States Ambassador, Khartoum, Sudan,<br><br>       Defendants. | NO. C19-0349 TSZ<br><br>STIPULATION AND ORDER TO<br>EXTEND RESPONSE DEADLINE |

**Stipulation**

   The parties have conferred and stipulate and agree as follows. Defendants' Response is presently due on May 28, 2019. The parties jointly request that Defendants' Response deadline be extended by 60 days until July 21, 2019 in light of resumed and ongoing adjudication of Plaintiff's application, the results of which will impact upon the course of this litigation or render these proceedings moot.

   Respectfully submitted and presented this 24th day of May, 2019.

STIPULATION AND ORDER TO EXTEND RESPONSE DEADINE- 1
No. C19-0349 TSZ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Bart Klein*
Bart Klein, WSBA 10909
605 First Ave., Ste. 500
Seattle, WA 98104
206-624-3787
Email: bart.klein@bartklein.com

/s/ *Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3832
Fax:     253-428-3826
E-mail:  pat.gugin@usdoj.gov

## II.  Order

It is so ORDERED.  Defendants' Response deadline is extended to July 21, 2019.

DATED this 29th day of May, 2019.

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER TO EXTEND RESPONSE DEADINE- 2
No. C19-0349 TSZ

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800